278

# IN THE MATTER OF THE REPORT OF THE AUDITORS FOR THE DISTRICT OF ERIE

## 1812

### JOURNAL ENTRIES

1. Report filed . . . . . . . . . . . . *Journal, infra,* *p. 403
2. Confirmation . . . . . . . . . . . . " 412

### PAPERS IN FILE

1. Account of auditors . . . . . . . . . . *Printed in Vol. 2*
2. Letter transmitting account . . . . . . . . . . .

# IN THE MATTER OF THE REPORT OF THE AUDITORS FOR THE DISTRICT OF HURON AND DETROIT

## 1812

### JOURNAL ENTRIES

1. Report filed . . . . . . . . . . . *Journal, infra,* *p. 403
2. Exception permitted to be entered . . . . . . . " 405
3. Exception withdrawn . . . . . . . . . " 411
4. Confirmation; judgment . . . . . . . . . " 411

### PAPERS IN FILE

[None]